**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| J.E. DUNN NORTHWEST, LLC, | |
| Plaintiff, | |
| vs. | 2:17-cv-01098-GMN-VCF |
| TRC SOLUTIONS, INC., *et al.*, | **ORDER** |
| Defendants. | |

Before the Court is the Joint Discovery Plan and Scheduling Order (ECF No. 16).

IT IS HEREBY ORDERED that a hearing on the Joint Discovery Plan and Scheduling Order (ECF No. 16) is scheduled for 10:00 AM, July 13, 2017, in Courtroom 3D.

DATED this 3rd day of July, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE